**Ernest Lee WYNN, Jr., Plaintiff— Appellant,**

v.

**Ms. BADGETT, Medical Administrator; O. Ajumobi, Dr., Institutional Physician; Ms. Burnette, Grievance Coordinator; Keith W. Davis, Warden; Dr. Ohi, Institutional Physician; D. Hodges, Superintendent; Gohar Abbasi, Dr., Institutional Physician, Defendants—Appellees.**

No. 10–6857.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 22, 2010.

Ernest Lee Wynn, Jr., Appellant Pro Se.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Lee Wynn, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wynn v. Badgett,* No. 1:10–cv–00490–LO–TCB (E.D. Va. June 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*